MORGAN LAKE COMPANY, Respondent, v. THE NEW
YORK, NEW HAVEN AND HARTFORD RAILROAD COM-
PANY, Appellant.

(Argued February 25, 1935; decided March 5, 1935.)

*Elijah T. Russell* for motion.

*G. N. Reed* opposed.

Motion denied.